IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>ZACHARY JAMES FLAHERTY,<br><br>　　Defendant. | Criminal No. 4:23-cr-061<br><br><br>**APPEARANCE OF COUNSEL** |

COMES NOW the undersigned, Adam D. Zenor, of the law firm of Zenor Kuehner, PLC, and respectfully enters his appearance as counsel of record on behalf of Defendant Zachary J. Flaherty, and requests that the Clerk of this Court enter such Appearance on the service list and other books and records of his or her office.

　　　　　　　　　　　　　　　　　ZENOR KUEHNER, PLC

　　　　　　　　　　　　　　　　　By: /s/ *Adam D. Zenor*
　　　　　　　　　　　　　　　　　　　Adam D. Zenor, AT0009698

　　　　　　　　　　　　　　　　　　　111 East Grand Avenue, Suite 400
　　　　　　　　　　　　　　　　　　　Des Moines, IA  50309
　　　　　　　　　　　　　　　　　　　Phone:  515/650-9005
　　　　　　　　　　　　　　　　　　　Fax:  515/206-2654
　　　　　　　　　　　　　　　　　　　adam@zenorkuehner.com

　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT