IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:23-cr-061 |
| | ) | |
| v. | ) | |
| | ) | |
| ZACHARY JAMES FLAHERTY, | ) | GOVERNMENT'S PRELIMINARY TRIAL WITNESS LIST |
| Defendant. | ) | |

The United States of America respectfully submits the following list of witnesses who may be called to testify in the government's case-in-chief or any rebuttal. This list may not include all the names of witnesses who may be called to testify in the government's case-in-chief or rebuttal, and the government reserves its right to call additional witnesses, or modify the order of witnesses, as necessary.

1. Ashley Knight
2. Denise Rudolph
3. Ashley Schultz
4. Kate Rutledge
5. Jerome Hill
6. Jordan Varrone
7. Chris Scanlan

1

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:	 */s/ Kyle J. Essley*
Kyle J. Essley
Assistant U.S. Attorney
Neil Smith Federal Building
210 Walnut Street, Suite 455
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Kyle.Essley@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on June 5, 2024, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:
____U.S. Mail _____ Fax _____Hand Delivery
__X__ECF/Electronic filing ____Other means
ASSISTANT UNITED STATES ATTORNEY
By: */s/Alisha Rankin*
        Paralegal Specialist